# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MSD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:09CV1738 TCM |
| WILLIE WATSON, | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon the motion of Willie Watson for leave to commence this action without prepayment of the filing fee pursuant to 28 U.S.C. § 1915. Upon consideration of the financial information provided with the motion, the Court finds that Watson is financially unable to pay any portion of the filing fee. As a result, Watson will be granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

In the instant action, Watson attempts to appeal from a decision of the Circuit Court for St. Louis County, MSD v. Willie Watson, 08SL-AC28925. In that case, judgment was entered on behalf of the Metropolitan Sewer District on July 8, 2009.

Federal district courts are courts of original jurisdiction; they lack subject matter jurisdiction to engage in appellate review of state court decisions. Postma v. First Fed. Sav. & Loan, 74 F.3d 160, 162 (8th Cir. 1996). "Review of state court

decisions may be had only in the Supreme Court." Id. As a result, this action will be dismissed for lack of jurisdiction. Fed. R. Civ. P. 12(h)(3) (authorizing sua sponte dismissal for lack of subject matter jurisdiction).

Accordingly,

**IT IS HEREBY ORDERED** that Watson's motion to proceed in forma pauperis [#2] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the Clerk shall docket this action as MSD v. Willie Watson.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 9th day of November, 2009.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE